**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re:   MIDWESTMOO'S, LLC | § | Case No. 06-16374 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at  on April 29, 2011 at 2:00 p.m. in Park City Branch Court, Courtroom B, 301 Greenleaf Avenue, Park City, Illinois, 60085-5725.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 03/16/2011          By:     /s/ Ilene F. Goldstein
                                         Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: MIDWESTMOO'S, LLC | § | Case No. 06-16374 |
| | § | |
| | § | |
| Debtor(s) | § | |

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 13,490.61 |
| *and approved disbursements of* | $ 35.99 |
| *leaving a balance on hand of* [1] | $ 13,454.62 |
| **Balance on hand:** | $ 13,454.62 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 13,454.62 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 2,099.05 | 0.00 | 2,099.05 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 6,345.00 | 0.00 | 6,345.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 198.92 | 0.00 | 198.92 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 900.00 | 0.00 | 900.00 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 120.00 | 0.00 | 120.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 9,662.97 |
| Remaining balance: | $ 3,791.65 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,791.65

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $46,456.33 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Michael Cummings | 525.02 | 0.00 | 525.02 |
| 7 | James Zafiriou | 563.64 | 0.00 | 563.64 |
| 8 | Di Bai | 200.00 | 0.00 | 200.00 |
| 9 | Kimberly Freier | 372.90 | 0.00 | 372.90 |
| 11P | Il Dept of Employment Security | 2,456.09 | 0.00 | 116.79 |
| 12P | Department of the Treasury | 42,338.68 | 0.00 | 2,013.30 |

Total to be paid for priority claims: $ 3,791.65
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,414.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | North Shore Gas Company | 176.89 | 0.00 | 0.00 |
| 2 | ComEd Company | 1,193.57 | 0.00 | 0.00 |
| 3 | Dumac Business Systems | 216.00 | 0.00 | 0.00 |
| 4 | Clark Food Service | 9,866.40 | 0.00 | 0.00 |
| 5 | Ecolab | 205.00 | 0.00 | 0.00 |
| 10 | ECD-Lincolnshire Retail LLC | 14,624.00 | 0.00 | 0.00 |
| 11U | Il Dept of Employment Security | 150.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL 60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                   Case No. 06-16374-ABG
MidwestMoo's, LLC                                                        Chapter 7
      Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: rmarola              Page 1 of 2                   Date Rcvd: Mar 18, 2011
                              Form ID: pdf006            Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2011.
db          +MidwestMoo's, LLC,    1384 RFD,   Long Grove, IL 60047-7607
aty         +Ilene F Goldstein,    Ilene F Goldstein Chartered,    850 Central Avenue,   Suite 200,
              Highland Park, IL 60035-3278
aty         +Scott R Clar,   Crane Heyman Simon Welch & Clar,    135 S Lasalle Suite 3705,
              Chicago, IL 60603-4101
tr          +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,   850 Central Ave,   Ste 200,
              Highland Park, IL 60035-3278
11055888    +ARC Disposal & Recycling,    2101 Busse Rd.,   Mount Prospect, IL 60056-5561
11055889     AT&T,   P.O. Box 8100,   Aurora, IL 60507-8100
11124937    +Alexandra Kaufmann,   1217 Deerfield Pkway,    Buffalo Grove IL 60089-4565
11124938    +Anna Graham,   1395 Larenmond Dr,   Buffalo Grove IL 60089
11124939     Brittany Walsh,   c/o Trinty Intl,   University C-977,    2056 Half Day Road,    Deerfield IL 60015
11055890    +Bruce Entman,   750 Lake Cook Road,   Suite 495,    Buffalo Grove, IL 60089-2069
11124940    +Carolyn Hoffer,   1915 Maple Place,   Deerfield IL 60015-1323
11055893    +Crane, Heyman, Simon, Welch & Clar,   135 S. LaSalle Street,    Suite 3705,
              Chicago, IL 60603-4101
11055894     DePalo & Sons,   4660 Belair Road,   Baltimore, MD 21206-5793
11124941    +Di Bai,   119 Morninggside Lane East,   Buffalo Grove IL 60089-1577
11055896    +ECD Company,   250 Parkway Drive, Ste. 120,    Lincolnshire, IL 60069-4340
11055897    +ECD-Lincolnshire Retail LLC,   c/o Magee Negele & Associates PC,    444 North Cedar Lake Road,
              Round Lake IL 60073-2802
11055899     Ecolab Pest Elimination,   P.O. Box 6007,   Grand Forks, ND 58206-6007
11124943     Haley Leibovitz,   1279 Brandwyn Lane,   Buffalo Grove IL 60089
11055900     ICEE (CCG),   %Continental Commercial Group,   317 S. Brand Blvd.,    Glendale, CA 91204-1701
11562590    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: Department of the Treasury,    Internal Revenue Service,
              Centralized Insolvency Operations,   PO Box 21126,    Philadelphia, PA 19114)
11699613    +Il Dept of Employment Security,   Bankruptcy Unit,    33 S State St - 4TH Floor,
              Chicago, IL 60603-2804
11124944    +Jake Lober,   880 Port clinton Ct West,   Buffalo Grove IL 60089-6674
11124946    +Kathy Williams,   877 Saugatuck Trail,   Vernon Hills, IL 60061-3244
11124947    +Kelly Holbrook,   2218 Miamare Lane,   Buffalo Grove IL 60089-4691
11124949     Kimberly Freier,   800 Edgemere Rd,   Buffalo Grove IL 60089-8013
11124950    +Kristiana Kaganer,   23445 N Valley Rd,   Lake Zurich IL 60047-8704
11124951    +Louis Kotuis,   1330 Devonshire,   Buffalo Grove IL 60089-1128
11055901    +MaggieMoos,   10025 Governor Warfield Parkway,   Suite 301,    Columbia, MD 21044-3330
11124952    +Michael Cummings,   1527 Madison Ct N,   Buffalo Grove IL 60089-6837
11124953    +Nicholas Maas,   6 Pheasant Row,   Lincolnshire IL 60069-4007
11072325    +North Shore Gas Company,   130 E. Randolph Drive,    Chicago, Il 60601-6207
11055903     Peoples Gas,   People Energy,   Chicago, IL 60687-0001
11055904    +Quick Serve Solutions,   16820 Frances Street,    Omaha, NE 68130-2391
11124954    +Robert Bell,   21429 E Cuba Rd,   Kildeer IL 60047-8354
11124955    +Salavador Abrams,   1507 Madison Dr,   Buffalo Grove IL 60089-6831
11055905    +Stan Rosen,   111 South Pfingsten Road,   Suite 114,    Deerfield, IL 60015-4994
11055906    +Village of Lincolnshire,   One Half Day Road,   Lincolnshire, IL 60069-2205
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11055892    +E-mail/Text: legalcollections@comed.com Mar 18 2011 22:39:31     ComEd,    Bill Payment Center,
              Chicago, IL 60668-0001
11104381    +E-mail/Text: legalcollections@comed.com Mar 18 2011 22:39:31     ComEd Company,
              Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
11055895    +E-mail/Text: dave_mccarthy@dumacpos.com Mar 18 2011 22:41:37     Dumac Business Systems,
              19 Corporate Circle,    East Syracuse, NY 13057-1129
11055898     E-mail/Text: bankruptcynotices@ecolab.com Mar 18 2011 22:56:52     Ecolab,    P.O. Box 70343,
              Chicago, IL 60673-0343
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,   850 Central Ave,   Ste 200,
              Highland Park, IL 60035-3278
11055891   ##+Clark Food Service,   P.O. Box 3848,   South Bend, IN 46619-0848
11124942   ##+Eric Ajibade,   2521 Live Oak Lane,   Buffalo Grove IL 60089-4610
11124945   ##+James Zafiriou,   2519 Live Oak Ln,   Buffalo Grove IL 60089-4610
11124948   ##+Kim Zafiriou,   2519 Live Oak Lane,   Buffalo Grove IL 60089-4610
11055902   ##+Mechanical Town,   659 Academy Drive,   Northbrook, IL 60062-2420
                                                                                           TOTALS: 0, * 1, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1            User: rmarola              Page 2 of 2                Date Rcvd: Mar 18, 2011
                                Form ID: pdf006            Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 20, 2011**                         **Signature:**    _Joseph Speetjens_