# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: MIDWESTMOO'S, LLC    § Case No. 06-16374
　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　§

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00　　　　　　　　Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,791.87　　Claims Discharged
　　　　　　　　　　　　　　　　　　　Without Payment: $86,078.48

Total Expenses of Administration: $9,698.96

---

　　3) Total gross receipts of $   13,490.83   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $13,490.83 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,698.96 | 9,698.96 | 9,698.96 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 46,456.33 | 46,456.33 | 3,791.87 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 43,414.02 | 43,414.02 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $99,569.31 | $99,569.31 | $13,490.83 |

4) This case was originally filed under Chapter 7 on December 12, 2006. The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/08/2011        By: /s/ILENE F. GOLDSTEIN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Sale of personal property | 1129-000 | 13,000.00 |
| INSURANCE REFUND | 1229-000 | 77.98 |
| SECURITY DEPOSITS Electrical | 1229-000 | 305.13 |
| Interest Income | 1270-000 | 107.72 |
| **TOTAL GROSS RECEIPTS** | | **$13,490.83** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 2,099.05 | 2,099.05 | 2,099.05 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 6,345.00 | 6,345.00 | 6,345.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 198.92 | 198.92 | 198.92 |
| Jodi E. Gimbel,P.C. | 3410-000 | N/A | 900.00 | 900.00 | 900.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Jodi E. Gimbel, P.C. | 3420-000 | N/A | 120.00 | 120.00 | 120.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 11.78 | 11.78 | 11.78 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 10.78 | 10.78 | 10.78 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 13.43 | 13.43 | 13.43 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 9,698.96 | 9,698.96 | 9,698.96 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Michael Cummings | 5300-000 | N/A | 525.02 | 525.02 | 525.02 |
| 7 | James Zafiriou | 5300-000 | N/A | 563.64 | 563.64 | 563.64 |
| 8 | Di Bai | 5300-000 | N/A | 200.00 | 200.00 | 200.00 |
| 9 | Kimberly Freier | 5300-000 | N/A | 372.90 | 372.90 | 372.90 |
| 11P | Il Dept of Employment Security | 5800-000 | N/A | 2,456.09 | 2,456.09 | 116.80 |
| 12P | Department of the Treasury | 5800-000 | N/A | 42,338.68 | 42,338.68 | 2,013.51 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 46,456.33 | 46,456.33 | 3,791.87 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | North Shore Gas Company | 7100-000 | N/A | 176.89 | 176.89 | 0.00 |
| 2 | ComEd Company | 7100-000 | N/A | 1,193.57 | 1,193.57 | 0.00 |
| 3 | Dumac Business Systems | 7100-000 | N/A | 216.00 | 216.00 | 0.00 |
| 4 | Clark Food Service | 7100-000 | N/A | 9,866.40 | 9,866.40 | 0.00 |
| 5 | Ecolab | 7100-000 | N/A | 205.00 | 205.00 | 0.00 |
| 10 | ECD-Lincolnshire Retail LLC | 7100-000 | N/A | 14,624.00 | 14,624.00 | 0.00 |
| 11U | Il Dept of Employment Security | 7100-000 | N/A | 150.00 | 150.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12U | Department of the Treasury | 7100-000 | N/A | 16,982.16 | 16,982.16 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 43,414.02 | 43,414.02 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 06-16374  
Case Name: MIDWESTMOO'S, LLC  

Period Ending: 09/08/11  

Trustee: (330290) ILENE F. GOLDSTEIN  
Filed (f) or Converted (c): 12/12/06 (f)  
§341(a) Meeting Date: 01/22/07  
Claims Bar Date: 05/24/07  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | INSURANCE REFUND (u) | 77.98 | 77.98 | | 77.98 | FA |
| 2 | BANK ACCOUNTS | 7,750.00 | 7,750.00 | | 0.00 | FA |
| 3 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 125.00 | 125.00 | | 0.00 | FA |
| 4 | CONTINGENT CLAIM: LAWSUIT | 0.00 | 0.00 | | 0.00 | FA |
| 5 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 6 | SECURITY DEPOSITS Electrical (u) | 305.13 | 0.00 | | 305.13 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 107.72 | FA |
| 7 | Assets Totals (Excluding unknown values) | $23,258.11 | $22,952.98 | | $490.83 | $0.00 |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE SOLD HER INTEREST IN A FRANCHISE ICE CREAM PARLOR. SHE RECEIVED HER RESPONSE TO HER 505B LETTER WHICH INCLUDED PENALTIES AND INTEREST FOR LATE FILING. SHE CURRENTLY HAS THIS UNDER REVIEW FOR ABATEMENT. ONCE THIS IS DETERMINED SHE WILL FILE HER FINAL REPORT.

**Initial Projected Date Of Final Report (TFR):** June 30, 2009      **Current Projected Date Of Final Report (TFR):** June 30, 2011 (Actual)

Printed: 09/08/2011 01:32 PM      V.12.57

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number: 06-16374  
Case Name: MIDWESTMOO'S, LLC  

Taxpayer ID #: **-***8867  
Period Ending: 09/08/11  

Trustee: ILENE F. GOLDSTEIN (330290)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: ***-*****98-65 - Money Market Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/05/07 | | Maggie Moos International. L.L.C. | Sale of personal property | 1129-000 | 13,000.00 | | 13,000.00 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.32 | | 13,005.32 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.17 | | 13,012.49 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.18 | | 13,019.67 |
| 06/11/07 | {1} | The Hartford Company | Insurance Refund | 1229-000 | 77.98 | | 13,097.65 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.74 | | 13,104.39 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.46 | | 13,111.85 |
| 08/08/07 | {6} | Com Ed | Refund | 1229-000 | 305.13 | | 13,416.98 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.35 | | 13,424.33 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.69 | | 13,431.02 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.88 | | 13,438.90 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 6.99 | | 13,445.89 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 6.84 | | 13,452.73 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 6.15 | | 13,458.88 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.76 | | 13,461.64 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.50 | | 13,464.14 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.87 | | 13,466.01 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.68 | | 13,467.69 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.71 | | 13,469.40 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.71 | | 13,471.11 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.60 | | 13,472.71 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.76 | | 13,474.47 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.46 | | 13,475.93 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.05 | | 13,476.98 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.95 | | 13,477.93 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 13,478.47 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.51 | | 13,478.98 |
| 03/04/09 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #06-16374 | 2300-000 | | 11.78 | 13,467.20 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 13,467.78 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 13,468.32 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.53 | | 13,468.85 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 13,469.43 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 13,469.99 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 13,470.55 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 13,471.09 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 13,471.63 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 13,472.19 |

Subtotals: $13,483.97 $11.78

{} Asset reference(s)

Printed: 09/08/2011 01:32 PM V.12.57

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-16374 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | MIDWESTMOO'S, LLC | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****98-65 - Money Market Account |
| Taxpayer ID #: | **-***8867 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/08/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 13,472.75 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.53 | | 13,473.28 |
| 02/19/10 | 1002 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/19/2010 FOR CASE #06-16374 | 2300-000 | | 10.78 | 13,462.50 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.51 | | 13,463.01 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 13,463.61 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.34 | | 13,463.95 |
| 04/20/10 | | Wire out to BNYM account 9200******9865 | Wire out to BNYM account 9200******9865 | 9999-000 | -13,463.95 | | 0.00 |

| | | | | ACCOUNT TOTALS | 22.56 | 22.56 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | -13,463.95 | 0.00 | |
| | | | | Subtotal | 13,486.51 | 22.56 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | NET Receipts / Disbursements | $13,486.51 | $22.56 | |

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| Case Number: | 06-16374 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | MIDWESTMOO'S, LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******98-65 - Money Market Account |
| Taxpayer ID #: | **-***8867 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/08/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9865 | Wire in from JPMorgan Chase Bank, N.A. account ********9865 | 9999-000 | 13,463.95 | | 13,463.95 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.28 | | 13,464.23 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.80 | | 13,465.03 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.77 | | 13,465.80 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.80 | | 13,466.60 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.80 | | 13,467.40 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 13,467.51 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 13,467.62 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 13,467.73 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 13,467.84 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 13,467.95 |
| 02/04/11 | 11003 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #06-16374, Bond Premiums | 2300-000 | | 13.43 | 13,454.52 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 13,454.62 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 13,454.73 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 13,454.84 |
| 05/02/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 13,454.84 |
| 05/02/11 | | To Account #9200******9866 | TRANSFER TO CHECKING | 9999-000 | | 13,454.84 | 0.00 |
| | | | ACCOUNT TOTALS | | 13,468.27 | 13,468.27 | $0.00 |
| | | | Less: Bank Transfers | | 13,463.95 | 13,454.84 | |
| | | | Subtotal | | 4.32 | 13.43 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4.32 | $13.43 | |

{} Asset reference(s)

Printed: 09/08/2011 01:32 PM    V.12.57

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

Case Number: 06-16374
Case Name: MIDWESTMOO'S, LLC

Taxpayer ID #: **-***8867
Period Ending: 09/08/11

Trustee: ILENE F. GOLDSTEIN (330290)
Bank Name: The Bank of New York Mellon
Account: 9200-******98-66 - Checking Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/02/11 | | From Account #9200******9865 | TRANSFER TO CHECKING | 9999-000 | 13,454.84 | | 13,454.84 |
| 05/02/11 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $2,099.05, Trustee Compensation; Reference: | 2100-000 | | 2,099.05 | 11,355.79 |
| 05/02/11 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $6,345.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,345.00 | 5,010.79 |
| 05/02/11 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $198.92, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 198.92 | 4,811.87 |
| 05/02/11 | 104 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $900.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 900.00 | 3,911.87 |
| 05/02/11 | 105 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $120.00, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 120.00 | 3,791.87 |
| 05/02/11 | 106 | Michael Cummings | Dividend paid 100.00% on $525.02; Claim# 6; Filed: $525.02; Reference: | 5300-000 | | 525.02 | 3,266.85 |
| 05/02/11 | 107 | James Zafiriou | Dividend paid 100.00% on $563.64; Claim# 7; Filed: $563.64; Reference: | 5300-000 | | 563.64 | 2,703.21 |
| 05/02/11 | 108 | Di Bai | Dividend paid 100.00% on $200.00; Claim# 8; Filed: $200.00; Reference: | 5300-000 | | 200.00 | 2,503.21 |
| 05/02/11 | 109 | Kimberly Freier | Dividend paid 100.00% on $372.90; Claim# 9; Filed: $372.90; Reference: | 5300-000 | | 372.90 | 2,130.31 |
| 05/02/11 | 110 | Il Dept of Employment Security | Dividend paid 4.75% on $2,456.09; Claim# 11P; Filed: $2,456.09; Reference: | 5800-000 | | 116.80 | 2,013.51 |
| 05/02/11 | 111 | Department of the Treasury | Dividend paid 4.75% on $42,338.68; Claim# 12P; Filed: $42,338.68; Reference: | 5800-000 | | 2,013.51 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 13,454.84 | 13,454.84 | $0.00 |
| Less: Bank Transfers | | 13,454.84 | 0.00 | |
| Subtotal | | 0.00 | 13,454.84 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $13,454.84 | |

Net Receipts : 13,490.83
_____
Net Estate : $13,490.83

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****98-65 | 13,486.51 | 22.56 | 0.00 |
| MMA # 9200-******98-65 | 4.32 | 13.43 | 0.00 |
| Checking # 9200-******98-66 | 0.00 | 13,454.84 | 0.00 |
| | $13,490.83 | $13,490.83 | $0.00 |

{} Asset reference(s)

Printed: 09/08/2011 01:32 PM    V.12.57